MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH

███████████████████████

FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

**May 29, 2025**

Honorable James R. Cho
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

> ***Re:    Natosha Dunston v. Driggs Ave Studios LLC et al***
> ***Civil Action No.: 1:24-cv-04398-RER-JRC***
> ***Joint Notice of Settlement***

Dear Honorable Magistrate Judge Cho,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's May 13, 2025 Order regarding apprising the Court as to the Parties' ongoing settlement negotiations and current case status on or before June 13, 2025. In accordance with that directive, the Plaintiff on behalf of the parties files this letter, that which informs the Court that the parties have just reached a Settlement in Principle; and are now in the process of preparing the requisite Settlement papers and agreements therewith.

Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a Final Stipulation of Dismissal could be filed in the coming month and a half.

Thank you for the Court's time and consideration.

Most Respectfully,

BARDUCCI LAW FIRM

PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only